LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 227
Sacramento, California 95814
Telephone: (916) 441-4540

Attorney for Defendant
BRIAN D. PARKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> BRIAN D. PARKER, ) <br> ) <br> Defendant. ) <br> ) | No. 2:07-cr-00316-MCE <br><br> STIPULATION AND <br> ORDER CONTINUING STATUS <br> CONFERENCE; EXCLUSION OF TIME |

The United States of America, through Assistant U.S. Attorney Anne Pings, and defendant Brian D. Parker, through his counsel Scott L. Tedmon, hereby stipulate that the status conference set for Thursday, August 23, 2007 at 9:00 a.m., be continued to Thursday, September 27, 2007 at 9:00 a.m. before United States District Judge Morrison C. England, Jr.

The government has provided defense counsel with discovery, which includes surveillance memorandums, witness summary reports, drug analysis reports and audio CD's of recorded conversations. Defense counsel has reviewed all of the government-provided discovery and needs additional time to assess defense investigation needs, determine what pretrial motions should be filed, if any, and continue negotiations with the government in an attempt to resolve the case.

As such, government and defense counsel stipulate it is appropriate to continue the current status conference to Thursday, September 27, 2007 at 9:00 a.m. Stephanie Deutsch has approved the September 27, 2007 hearing date. No jury trial date has been set in this case.

1   The parties stipulate the Court should find that time be excluded through September 27, 2007
2   under the Speedy Trial Act based on the needs of counsel to prepare pursuant to 18 U.S.C.
3   §3161(h)(8)(B)(iv); Local Code T4.  The parties stipulate and agree that the interests of justice
4   served by granting this continuance outweigh the best interests of the public and the defendant in a
5   speedy trial.  18 U.S.C. § 3161(h)(8)(A).

6   Finally, Scott L. Tedmon has been authorized by counsel to sign this stipulation on their
7   behalf.

8   **IT IS SO STIPULATED.**

9   DATED: August 21, 2007                McGREGOR W. SCOTT
                                          United States Attorney
10
                                           /s/ Anne Pings
11                                        ANNE PINGS
                                          Assistant U.S. Attorney
12
    DATED: August 21, 2007                LAW OFFICES OF SCOTT L. TEDMON
13
                                           /s/ Scott L. Tedmon
14                                        SCOTT L. TEDMON
                                          Attorney for Brian D. Parker

**ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY ORDERED that the Status Conference now scheduled for Thursday, August 23, 2007 at 9:00 a.m., is hereby continued to Thursday, September 27, 2007 at 9:00 a.m., before the Honorable Morrison C. England, Jr.

Based upon the above stipulation, the Court finds that time be excluded under the Speedy Trial Act for needs of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), Local Code T4, through the Status Conference date of September 27, 2007.   The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

**IT IS SO ORDERED.**

Dated:  August 22, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE