LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 227
Sacramento, California 95814
Telephone: (916) 441-4540
Facsimile:  (916) 441-4760
Email: tedmonlaw@comcast.net

Attorney for Defendant
BRIAN D. PARKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>BRIAN D. PARKER,<br><br>          Defendant. | No. 2:07-cr-00316-MCE<br><br>STIPULATION AND<br>ORDER CONTINUING STATUS<br>CONFERENCE; EXCLUSION OF TIME |

     The United States of America, through Assistant U.S. Attorney Anne Pings, and defendant Brian D. Parker, through his counsel Scott L. Tedmon, hereby stipulate that the Status Conference set for Thursday, December 13, 2007 at 9:00 a.m., be continued to Thursday, December 20, 2007 at 9:00 a.m. before United States District Judge Morrison C. England, Jr.

     The government has provided defense counsel with discovery, which includes surveillance memorandums, witness summary reports, drug analysis reports and audio CD's of recorded conversations.  Defense counsel and the government continue to negotiate in an attempt to resolve the case.  While there has been significant progress towards resolving the case, the parties need additional time to finalize their agreement.

     As such, government and defense counsel stipulate it is appropriate to continue the current status conference to Thursday, December 20, 2007 at 9:00 a.m.  Stephanie Deutsch has approved the December 20, 2007 hearing date.  No jury trial date has been set in this case.

- 1 -

1  The parties stipulate the Court should find that time be excluded through December 20, 2007
2  under the Speedy Trial Act based on the needs of counsel to prepare pursuant to 18 U.S.C.
3  §3161(h)(8)(B)(iv); Local Code T4.  The parties stipulate and agree that the interests of justice
4  served by granting this continuance outweigh the best interests of the public and the defendant in a
5  speedy trial.  18 U.S.C. § 3161(h)(8)(A).

6  Finally, Scott L. Tedmon has been authorized by counsel to sign this stipulation on their
7  behalf.

8  **IT IS SO STIPULATED.**

9  DATED: December 10, 2007          McGREGOR W. SCOTT
                                      United States Attorney
10
                                       /s/ Anne Pings
11                                    ANNE PINGS
                                      Assistant U.S. Attorney
12
    DATED: December 10, 2007          LAW OFFICES OF SCOTT L. TEDMON
13
                                       /s/ Scott L. Tedmon
14                                    SCOTT L. TEDMON
                                      Attorney for Defendant Brian D. Parker
15

16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

**ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY ORDERED that the Status Conference now scheduled for Thursday, December 13, 2007 at 9:00 a.m., is hereby continued to Thursday, December 20, 2007 at 9:00 a.m., before the Honorable Morrison C. England, Jr.  Based upon the above stipulation, the Court finds that time be excluded under the Speedy Trial Act for need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), Local Code T4, through the Status Conference date of December 20, 2007.  The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

**IT IS SO ORDERED.**

Dated:  December 13, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE