```
                    FILED
                    July 12, 2013
                    CLERK, US DISTRICT COURT
                    EASTERN DISTRICT OF
                    CALIFORNIA
                    DEPUTY CLERK
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>BRIAN PARKER,<br><br>             Defendant. | CASE NUMBER: 2:07-cr-00316-MCE<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Brian Parker</u>; Case <u>2:07-cr-00316-MCE</u> from custody and for the following reasons:

    \_\_ Release on Personal Recognizance

    \_\_ Bail Posted in the Sum of _____

    \_\_ Unsecured Appearance Bond in the amount of

    \_\_ Appearance Bond with 10% Deposit

    \_\_ Appearance Bond secured by Real Property

    \_\_ Corporate Surety Bail Bond

    <u>X</u> (Other) <u>Supervised Release Conditions as previously set</u>

Issued at <u>Sacramento, CA</u> on <u>7/12/2013</u> at 10:20 A.M.

By /s/ Kendall J. Newman
Kendall J. Newman
United States Magistrate Judge